IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY KNIGHT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARRY CALLEBAUT USA SERVICE COMPANY, INC., et al. | : | NO. 15-6450 |
| | : | |

ORDER

AND NOW, this 19th day of December, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 19), Plaintiff's Response thereto (Docs. No. 25-27) and Defendant's Reply (Doc. No. 28), it is hereby ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 19) is DENIED.

/s/Jacob P. Hart

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE